# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AARP SERVICES INC.<br><br>    Defendant. | CIVIL ACTION NO. 23-867-CFC<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Plaintiff Symbology Innovations, LLC ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant AARP Services, Inc. ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement until and including October 2, 2023. No party will be prejudiced by this extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension. This is the first request for an extension of this nature.

Date: August 23, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)

>Megan C. Haney (#5016)
>Phillips, McLaughlin & Hall, P.A.
>1200 North Broom Street
>Wilmington DE, 19806
>(302) 655-4200
>JCP@PMHDELaw.com
>MCH@PMHDELaw.com
>
>Randall Garteiser
>*Pro Hac Vice* anticipated
>rgarteiser@ghiplaw.com
>
>**GARTEISER HONEA, PLLC**
>119 W. Ferguson Street
>Tyler, Texas 75702
>Telephone: (903) 705-7420
>Facsimile: (903) 405-3999
>
>***Attorneys for Plaintiff***
>***Symbology Innovations, LLC***

SO ORDERED this _____ day of _____, _____.

_____
CHIEF, UNITED STATES DISTRICT JUDGE
The Honorable Colm F. Connolly